IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STARLA C. ALLEN, | ) | CASE NO.: 3:21-cv-50 |
| | ) | |
| Plaintiff, | ) | JUDGE RICE |
| | ) | |
| v. | ) | |
| | ) | |
| UNUM LIFE INSURANCE COMPANY | ) | **ORDER** |
| OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

In furtherance of this Court's earlier Order, and upon motion of the parties, it is hereby ORDERED that, should mediation prove unsuccessful, simultaneous initial briefs in this ERISA case are due thirty (30) days after the conclusion of mediation, and simultaneous replies are due thirty (30) days after the filing of initial briefs.

IT IS SO ORDERED.

Date: 10-21-21

UNITED STATES DISTRICT JUDGE